# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/22/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR03-00494SOM

CASE NAME:        USA v. (01) Brandon Chang

ATTYS FOR PLA:    Chris Thomas

ATTYS FOR DEFT:   (01) Myles Breiner

INTERPRETER:

---

JUDGE:    Kevin S.C. Chang          REPORTER:    FTR C5

DATE:     12/22/2005                TIME:        2:15-2:15:43pm
                                                 2:16:57-2:21:42pm

---

COURT ACTION:  EP: Motion for Temporary Release of Defendant as to defendant 01 - defendant present, in custody.

Government submits on the pretrial services report.  Motion granted

Bail -
Execute an unsecured bond in the amount of $25,000.

The defendant is placed in the Third Party Custodianship of: Jaimee Shaw, 45-171 Makahio Street, Kaneohe, Hawaii 96744.  The defendant shall remain in the presence of Jaimee Shaw at all times while on pretrial release.

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7h3)  Travel is restricted to: the island of Oahu.

(7s1)  You are prohibited from owning, possessing, or controlling any firearm or ammunition.  Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7u1)  Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1) To ensure compliance with the restriction on illicit drug use, submit to random drug detection testing as approved by Pretrial Services.

(7y) You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Other Conditions:

    The defendant shall be released from the custody of the US Marshals Service on December 23, 2005

    The defendant shall self-surrender to the custody of the US Marshals Service no later than 2:00pm on December 23, 2005

    The defendant must attend the funeral/luncheon at Borthwick

    Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

    Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager