# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 03-00494SOM

CASE NAME:         USA vs. (01) Brandon Chang

ATTYS FOR PLA:     Chris Thomas

ATTYS FOR DEFT:    01 Myles Breiner

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 8/7/2006 | TIME: | 11:15 - 11:40 |

COURT ACTION:  EP: Motion for Reduction of Sentence -

Defendant (01) Brandon Chang present and in custody.

Arguments.

Defendant addressed the Court.

Motion for Reduction of Sentence - Granted.

Court reduces the term of imprisonment to 70 Months.

All other terms and conditions of the original sentence remain unchanged.

JUDICIAL RECOMMENDATIONS:  1) Lompoc and 2) 500 Hour Comprehensive Drug Treatment Program.

Defendant advised of his right to appeal.

Government to prepare the order.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.