EDWARD H. KUBO, JR.    #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  #2286
Chief, Narcotics Section

CHRIS A. THOMAS        #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00494-01 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| BRANDON CHANG,      (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |


CERTIFICATE OF SERVICE

        I hereby certify that the Order Granting the

Government's Motion for Reduction of Sentence for Substantial

Assistance Pursuant to F.R.CR.P. 35(b)(1)(A) was submitted to

Judge Susan O. Mollway for signature and was served on the

following counsel on August 8, 2006:

Served by electronic-mail:

Myles Breiner, Esq.
mbreiner@hawaii.rr.com

Attorney for Defendant
BRANDON CHANG

DATED: August 8, 2006, at Honolulu, Hawaii.


/s/ Janice Tsumoto


UNITED STATES v. BRANDON CHANG
Cr. No. 03-00494-01 SOM
"Certificate of Service"